No. 21, Misc. RODRIGUEZ v. NEW YORK. On petition for writ of certiorari to the Appellate Division of the Supreme Court of New York, First Judicial Department; and

No. 161, Misc. MOUNSEY v. NEW YORK. On petition for writ of certiorari to the Court of Appeals of New York. Motions for leave to proceed *in forma pauperis* and petitions for writs of certiorari granted. Cases transferred to the appellate docket and counsel are directed in their briefs and oral arguments to discuss the case of *Burns* v. *Ohio*, 360 U. S. 252. *Walter Gellhorn, Esquire*, of New York, New York, is appointed to serve as counsel for petitioners in these cases. *Frank S. Hogan* for respondent in No. 21, Misc. *Paxton Blair*, Solicitor General of New York, for respondent in No. 161, Misc.

No. 143. COMMISSIONER OF INTERNAL REVENUE v. EVANS ET UX. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, J. Dwight Evans, Jr.* and *Melva M. Graney* for petitioner. *Roswell Magill* and *Harry N. Wyatt* for respondents.

No. 270. ARMSTRONG ET AL. v. UNITED STATES. Court of Claims. Certiorari granted. *Solomon Dimond* and *Burton R. Thorman* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Leonard, Samuel D. Slade* and *John G. Laughlin, Jr.* for the United States.

No. 22, Misc. HUDSON v. NORTH CAROLINA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of North Carolina granted. Case transferred to the appellate docket. Peti-

tioner *pro se. Malcolm B. Seawell,* Attorney General of North Carolina, *T. W. Bruton* and *Ralph Moody,* Assistant Attorneys General, for respondent.

No. 4, Misc. NOTO *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the appellate docket. *John J. Abt* for petitioner. *Solicitor General Rankin* for the United States.

No. 67. UNITED STATES ET AL. *v.* FUNCTIONAL MUSIC, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Ernest L. Folk III, John L. Fitzgerald* and *Max D. Paglin* for petitioners. *Paul A. Porter* and *George Bunn* for respondent.

No. 77. CALDER *v.* HAMMOND, ADMINISTRATOR. Supreme Court of Utah. Certiorari denied. Petitioner *pro se.*

No. 79. KAMMERER ET AL. *v.* JAMISON, ADMINISTRATOR. C. A. 3d Cir. Certiorari denied. *Charles E. Pledger, Jr., Justin L. Edgerton* and *Randolph C. Richardson* for petitioners.